UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

9th Circuit Case Number(s): 13-56680

District Court/Agency Case Number(s): 12-01748

District Court/Agency Location: United States District Court, Central District of California

Case Name: Robert Burns et al. v. HSBC Bank USA et al.

If District Court, docket entry number(s) of order(s) appealed from: 30

Name of party/parties submitting this form: Robert Burns and Kristen Burns, Appellants

**Please briefly describe the dispute that gave rise to this lawsuit.**

Wrongful foreclosure lawsuit wherein Plaintiffs/Appellants alleged causes of action against the foreclosing lender, HSBC Bank, USA, and its servicer, Ocwen Loan Servicing, LLC. Such causes of action included NEGLIGENCE, WRONGFUL FORECLOSURE, and VIOLATION OF 15 U.S.C. 1641(g).

**Briefly describe the result below and the main issues on appeal.**

Does US District Court's order granting defendants' motion to dismiss plaintiffs' first amended complaint and entering judgment for defendants constitute abuse of discretion?

**Describe any proceedings remaining below or any related proceedings in other tribunals.**

N/A.

Provide any other thoughts you would like to bring to the attention of the mediator.

N/A.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☐ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: [signature]

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for Robert Burns and Kristen Burns, Appellants

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

## CURRENT SERVICE LIST

### Appellants

| | | |
|---|---|---|
| **Robert Burns and Kristen Burns** | represented by | **Jeremy J. Alberts** **Batkhand Zoljargal** The Alberts Firm 1600 N. Broadway, Suite 1010 Santa Ana, CA 92706 714-441-1144 Email: zola@mytrustedattorney.com |

### Appellee

| | | |
|---|---|---|
| **HSBC Bank USA** *National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust Series 2004-FM2 Asset Backed Pass Through Certificates, a National Association* | represented by | **Rachel Suzanne Opatik** Houser & Allison, APC 701 Palomar Airport Road Suite 200 Carlsbad, CA 92011 760-603-9664 Email: ropatik@houser-law.com |

### Appellee

| | | |
|---|---|---|
| **Ocwen Loan Servicing LLC** *a Delaware Limited Liability Company* | represented by | **Rachel Suzanne Opatik** (See above for address) |